# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KIRT HALL

NO. 2021 KW 1415

**JANUARY 21, 2022**

---

In Re:     Kirt Hall, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-92-1099.

---

**BEFORE:     GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT APPLICATION DENIED AS PREMATURE.**

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT